

# IN THE FEDERAL DISTICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| County of DuPage, Illinois; Forest Preserve District of DuPage County, Illinois; City of West Chicago, an Illinois municipal corporation; City of Warrenville, an Illinois municipal corporation; and West Chicago Park District, <br><br> Plaintiffs, <br><br> vs. <br><br> Kerr-McGee Chemical, L.L.C., a Delaware Corporation, <br><br> Defendant. | Civil Action No. 05C 1874 <br><br> Judge Hibbler |

## LOCAL COMMUNITIES CONSENT DECREE

### I. BACKGROUND

A. On March 31, 2005 the County of DuPage, the Forest Preserve District of DuPage County, the City of West Chicago, the City of Warrenville and the West Chicago Park District (hereinafter "Local Communities") filed a Complaint against Kerr-McGee Chemical L.L.C. (hereinafter "Kerr-McGee") in the Federal District Court for the Northern District of Illinois pursuant to Sections 107 and 113 of the Comprehensive Environmental Response Compensation and Liability Act, as amended, ("CERCLA"), 42 U.S.C. §9601 *et. seq.* and under the federal diversity of citizenship and pendant jurisdiction for state law trespass and public nuisance common law claims.

B. Through their Complaint, the Local Communities sought contribution toward response costs, a declaratory judgment as to future liability and remedial work at the Kress Creek and West Chicago Sewage Treatment Plant Sites in DuPage County, Illinois from Kerr-McGee.

C. In order to resolve their claims, the Local Communities and Kerr-McGee negotiated the Local Agreement, which is attached hereto as Exhibit A and incorporated herein by reference.

D. Entry into this Consent Decree is not and shall not be construed to be an admission of fact or liability by any of the parties hereto.

NOW THEREFORE, it is hereby Ordered, Adjudged and Decreed:

## II. JURISDICTION

This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§1331 and 1345 and 42 U.S.C. §§9613, diversity jurisdiction under 28 U.S.C. §1332 and pendent jurisdiction. This Court also has personal jurisdiction over the Parties. The Parties shall not challenge the terms of this Consent Decree or this Court's jurisdiction to enter and enforce this Consent Decree.

## III. PARTIES BOUND

This Consent Decree applies to and is binding upon the Local Communities, individually and collectively, and Kerr-McGee, their respective officers, successors and assigns. Any change in the ownership or corporate status of Kerr-McGee, including but not limited to, any transfer of assets or real or personal property, shall in no way alter Kerr-McGee's responsibilities to comply with this Consent Decree.

## IV. DEFINITIONS

Terms used in this Consent Decree shall have the same meaning as the same terms defined in the Local Agreement attached hereto as Exhibit A and incorporated herein by reference as if fully set forth herein.

## V. GENERAL PROVISIONS

The Parties to this Consent Decree shall comply with all of the terms and obligations of the Local Agreement attached hereto as Exhibit A and the exhibits thereto. Such compliance shall include, but not be limited to, Kerr-McGee's obligations to excavate all soils and sediments within defined three dimensional envelopes shown on Exhibit C to the Local Statement of Work ("LSOW") attached to the Local Agreement as Attachment A and to mitigate and restore all areas impacted by those remedial excavation activities in accordance with that Local Agreement and LSOW.

## VI. FINAL JUDGMENT

This Consent Decree and its attachments constitute the final, complete and exclusive judgment and understanding among the Parties with respect to the settlement embodied in this Consent Decree and its Exhibits and such Consent Decree and its attachments resolve all claims alleged in the Complaint filed in this action. The Parties acknowledge that there are no representations, agreements or understandings relating to the settlement other than those expressly contained in this Consent Decree and its exhibits.

Upon approval and entry of this Consent Decree, this Consent Decree shall constitute a final judgment between and among the Local Communities and Kerr-McGee. The Court finds that there is no just reason for delay and therefore enters this judgment as a final judgment under Federal Rules of Civil Procedure 54 and 58.

SO ORDERED THIS 20th DAY OF _April_, 2005.

_____
United States District Court Judge

For
COUNTY OF DUPAGE

Date: March 23, 2005 By: _____

For
FOREST PRESERVE DISTRICT
OF DUPAGE COUNTY

Date: March 23, 2005 By: _____

For
CITY OF WEST CHICAGO

Date: March 23, 2005 By: _____

For
CITY OF WARRENVILLE

Date: March 23, 2005 By: _____

For
WEST CHICAGO PARK DISTRICT

Date: March 23, 2005 By: _____

For
KERR-McGEE CHEMICAL L.L.C.

Date: March 23, 2005 By: _____
Senior vice president

smwc164a.doc